(No. 4815.  September 12, 1927.)

KINNEY MERCANTILE COMPANY, a Corporation, Appellant, v. D. W. STANDROD & COMPANY, a Corporation, E. W. PORTER, Commissioner of Finance of the State of Idaho, and K. L. SCOTT, His Deputy, Respondents.

APPEAL from the District Court of the Sixth Judicial District, for Bingham County. Hon. Ralph W. Adair, Judge.

Suit against insolvent bank to recover deposits. Judgment for defendants. *Affirmed.*

G. F. Hansbrough and Chas. E. Harris, for Appellants.

Paul T. Peterson, for Respondent.

Counsel cite same authorities as in *Bybee v. Standrod & Co., ante,* p. 708.

T. BAILEY LEE, J.—This case is controlled in principle by the decision just announced in *Bybee v. D. W. Standrod & Co. et al., ante,* p. 708, 260 Pac. 157.

Judgment affirmed. Costs to respondents.

Wm. E. Lee, C. J., and Budge, Givens and Taylor, JJ., concur.